**BOARD OF PENSION TRUSTEES of the State of Delaware, Delaware Office of Pensions, Appellant Below–Appellant,**

**v.**

**Christianne M. HAGGERTY, Appellee Below–Appellee.**

No. 427, 2015

Supreme Court of Delaware.

Submitted: November 6, 2015
Decided: January 26, 2016
Rehearing En Banc Denied
February 26, 2016

AFFIRMED.

■

**Christopher A. CASE, Plaintiff Below–Appellant,**

**v.**

**Aaron R. TAYLOR, Defendant Below–Appellee.**

No. 134, 2015

Supreme Court of Delaware.

Submitted: January 13, 2016
Decided: February 3, 2016
Reargument Denied February 22, 2016

AFFIRMED.